

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2020

No. 04-20-00090-CV

**IN RE SOUTH PLAINS CONTRACTING, INC.**

Original Mandamus Proceeding[1]

**ORDER**

On February 10, 2020, relator filed a petition for writ of mandamus, to which the real parties in interest responded. After considering the petition, the response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 22, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI13807, styled *South Plains Contracting, Inc. v. Robert W. Loree and Christopher D. Below*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.